IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CR-132-WKW |
| | ) | [WO] |
| DARNELL ANTWAN HART | ) | |

**ORDER**

Before the court is Defendant Darnell Antwan Hart's *pro se* motion for compassionate release (Doc. # 50), in which Mr. Hart seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The Government has responded in opposition. (Doc. # 53.)

Mr. Hart was convicted based on his guilty plea for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). As a result of his convictions, Hart was sentenced to 42 months' imprisonment. (Doc. # 38.) Mr. Hart's projected release date is December 15, 2024. *See* https://www.bop.gov/inmateloc/ (last visited Dec. 30, 2020).

Based upon a thorough review of the record, Mr. Hart has not shown "extraordinary and compelling reasons" warranting his early release from prison. 18 U.S.C. § 3582(c)(1)(A). Furthermore, the balancing of the § 3553(a) factors does not favor release.

Accordingly, it is ORDERED that Mr. Hart's motion for compassionate release (Doc. # 50) is DENIED.

DONE this 7th day of January, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE